# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: The Confederated Tribes of the Colville Reservation

21-1664 L

Location of Plaintiff(s)/Petitioner(s) (city/state): Nespelem, WA

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Brian W. Chestnut
Firm Name: Ziontz Chestnut

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 2101 4th Ave., Ste. 1230
City-State-ZIP: Seattle, WA 98121
Telephone Number: 206-448-1230
E-mail Address: bchestnut@ziontzchestnut.com

Is the attorney of record admitted to the Court of Federal Claims Bar?  ✓ Yes  ☐ No

Nature of Suit Code: 504
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: DOI
Number of Claims Involved: 1

Amount Claimed: $ Over 50,000,000
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ _____
    Is plaintiff a small business?  ☐ Yes  ☐ No
    Was this action proceeded by the filing of a  ☐ Yes  ☐ No   Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered?  ☐ Yes  ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed  ☐ Yes  ✓ No
case(s) in the United States Court of Federal Claims? If yes, you are required to file a separate notice of directly related case(s). See RCRC 40.2.

182