IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE CONFEDERATED TRIBES OF THE COLVILLE RESERVATION<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 21-1664L |

## NOTICE OF APPEARANCE

To the Clerk of Court:

Pursuant to RCFC 83.1(c)(4)(B), please enter the appearance of Devon Lehman McCune as attorney of record for Defendant United States in the above-captioned case. Service of all papers other than those filed through the Court's ECF system should be addressed to Ms. McCune at:

> Devon Lehman McCune
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> 999 18th St., S. Terrace, Suite 370
> Denver, CO 80202
> Tel:    (303) 844-1487
> Fax:   (303) 844-1350
> Email:  Devon.McCune@usdoj.gov

Respectfully submitted this 10th day of January, 2022,

> TODD KIM
> Assistant Attorney General

Environment & Natural Resources Division

*s/ Devon Lehman McCune*
DEVON LEHMAN McCUNE
Senior Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1487
Fax: (303) 844-1350
devon.mccune@usdoj.gov

2