IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| THE CONFEDERATED TRIBES OF THE COLVILLE RESERVATION<br><br>　Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　Defendant | )<br>)<br>)　Case No. 21-1664L<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

　　　On June 22, 2023, the Supreme Court of the United States issued its decision in *Arizona v. Navajo Nation*, Case Nos. 21-1484 and 22-51, which concerns the scope of the Federal Government's trust responsibilities to Indian Tribes. The Supreme Court's analysis of the standard for establishing a judicially enforceable trust duty (pp. 7–13) is relevant to the United States' argument that Plaintiff's claim should be dismissed because it has not identified a money-mandating statutory or regulatory duty that could support jurisdiction. *See* ECF No. 7 at 12–27; ECF No. 14 at 2–12. A copy of the decision is attached.

　　　Respectfully submitted this 6th day of July, 2023,

　　　　　　　　　　　　　　　　　　　TODD KIM
　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　Environment & Natural Resources Division

　　　　　　　　　　　　　　　　　　　*s/ Devon Lehman McCune*
　　　　　　　　　　　　　　　　　　　DEVON LEHMAN McCUNE
　　　　　　　　　　　　　　　　　　　Senior Attorney
　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　Environment & Natural Resources Division

        Natural Resources Section
        999 18th St., South Terrace, Suite 370
        Denver, CO 80202
        Tel: (303) 844-1487
        Fax: (303) 844-1350
        devon.mccune@usdoj.gov