# In the United States Court of Federal Claims

No. 21-1664
Filed: January 6, 2025

|  |  |
|---|---|
| THE CONFEDERATED TRIBES OF THE COLVILLE RESERVATION,<br>     *Plaintiff*,<br><br> v.<br><br>THE UNITED STATES,<br><br>     *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

 On December 19, 2024, the Parties filed a joint motion for a protective order, ECF No. 34. The Parties requested that the court enter their attached proposed protective order, ECF No. 34-1.

 The court **GRANTS** the Parties' joint motion for a protective order, ECF No. 34.

IT IS SO ORDERED.

                 s/ Edward H. Meyers
                 Edward H. Meyers
                 Judge