# In the United States Court of Federal Claims

No. 21-1664
Filed: January 6, 2025
Corrected: January 7, 2025

|  |  |
|---|---|
| THE CONFEDERATED TRIBES OF THE COLVILLE RESERVATION,<br><br>                  *Plaintiff*,<br><br>   v.<br><br>THE UNITED STATES,<br><br>                  *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

On December 19, 2024, the Parties filed a joint motion for a protective order, ECF No. 34.  The Parties requested that the court enter their attached proposed protective order, ECF No. 34-1.

In their motion, the Parties failed to follow Rule 5.5(g) of the rules of this court.  Moving forward, counsel should be sure to comply.

The court **GRANTS** the Parties' joint motion for a protective order, ECF No. 34.

IT IS SO ORDERED.

s/ Edward H. Meyers
Edward H. Meyers
Judge
