# In the United States Court of Federal Claims

No. 21-1664
Filed: December 18, 2025

|  |  |
|---|---|
| THE CONFEDERATED TRIBES OF THE COLVILLE RESERVATION, | ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) ) |
| *Defendant.* | ) ) ) |

## SCHEDULING ORDER

On December 15, 2025, the Parties filed a joint status report, ECF No. 45, in response to the court's request for the Parties to propose further proceedings, ECF No. 44.  In accordance with the proposed schedule, the courts **ADOPTS** the following calendar for further discovery proceedings:

- Joint Status Report – Discovery Issues shall be due **on or before Monday, June 15, 2026**;

- Joint Status Report – Discovery Issues shall be due **on or before Wednesday, September 16, 2026**;

- Fact Witness Depositions shall be completed due **on or before Monday, October 5, 2026**;

- Opening Expert Reports shall be exchanged **on or before Friday, December 4, 2026**;

- Joint Status Report – Discovery Issues shall be due **on or before Tuesday, December 15, 2026**;

- Joint Status Report – Discovery Issues shall be due **on or before Monday, March 15, 2027**;

- Rebuttal Expert Reports shall be exchanged **on or before Friday, April 2, 2027**;

- Expert Depositions shall be completed on or before **Friday, June 18, 2027**;

- Discovery shall close **on or before Friday, July 2, 2027**; and

- Joint Status Report for further proceedings (i.e., dispositive briefing deadlines) shall be due **on or before Friday, July 23, 2027**.

It is so ORDERED.

s/ Edward H. Meyers
Edward H. Meyers
Judge
