**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

THE CONFEDERATED TRIBES OF THE
COLVILLE RESERVATION, a federally
recognized Indian Tribe,

        Plaintiff,

    v.

THE UNITED STATES OF AMERICA,

        Defendant.

No. 21-1664-L
Judge Edward H. Meyers

**JOINT STATUS REPORT**

Plaintiff the Confederated Tribes of the Colville Reservation ("Colville Tribes" or "Tribes"), and Defendant United States of America ("United States" or "Government") (collectively, the "Parties") submit this Joint Status Report, pursuant to the Scheduling Order, ECF No. 46.

The Parties have been complying with the Scheduling Order.  Fact discovery closed on June 5, 2026.  The United States made fourteen productions of documents to the Tribes, completing its production of documents.  The United States is preparing a privilege log and plans to provide it in the upcoming weeks.  Plaintiff made three productions of documents.  The United States served a second set of written discovery on May 6, 2026.  Plaintiff has not yet responded to this set of written discovery but is gathering responsive information and documents and will provide the United States with an update by June 22, 2026.

The Parties have no discovery issues to report.

Respectfully submitted this 11th day of June, 2026.

                        */s/ Brian Chestnut (per permission given on June 15, 2026)*
                        Brian Chestnut

Ziontz Chestnut Law Firm
2101 4th Avenue #1230
Seattle, WA 98121
Tel: (206) 448-1230
Email: ziontzchestnut.com

*Counsel of Record for the Colville Tribes*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Devon Lehman McCune*
DEVON LEHMAN McCUNE
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th St., N. Terrace, Suite 600
Denver, CO 80202
Tel: (303) 358-8981
Email: devon.mccune@usdoj.gov

*Counsel of Record for the United States*